

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARNOLD E. MARTIN, SR.                          :
FARA M.B. MARTIN
DAWN A. MARTIN                                 :

            v.                                 :    CIVIL ACTION NO.  JFM-02-3424

MITCHELL AVE PARTNERSHIP                       :
MICHAEL DAY
ARTHUR SCHNEIDER                               :
LONG AND FOSTER REALTY
ROSE GREENWALT                                 :

## O R D E R

In accordance with the foregoing Memorandum, **IT IS** this ~~25th~~ day of _Octob___ ,

2002, by this Court, hereby **ORDERED:**

1. That the above-captioned case **IS DEEMED FILED SOLELY BY PLAINTIFF**

**ARNOLD E. MARTIN, SR.;**

2. That the removal requested by Arnold E. Martin, Sr. **IS DENIED** and the case **IS RE-**

**MANDED** to the Maryland Court of Appeals;

3. That plaintiff **IS GRANTED** leave to file *in forma pauperis*, without prepayment of

filing fees or costs;

4. That the Clerk of Court **CLOSE** this case; and

5. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing

Memorandum, to plaintiff and to counsel for defendants.

J. Frederick Motz
United States District Judge

2