IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARNOLD E. MARTIN, ET AL.      \*

    v.      \*   Civil No. JFM-02-3424

MITCHELL AVENUE
PARTNERSHIP, ET AL.      \*

\*\*\*\*\*

ORDER

Upon consideration of plaintiff's motion for reconsideration to vacate order, it is, this 19th day of November 2002

ORDERED that the motion be denied.

_____
J. Frederick Motz
United States District Judge

